UNITED STATES DISTRICT COURT      SOUTHERN DISTRICT OF TEXAS

JESUS IVAN BALLE, §
TDCJ 765801, §
        Plaintiff, §
  §
VERSUS § CIVIL ACTION H-08-2116
  §
JUDGE MARC C. CARTER, §
  §
        Defendant. §

# Opinion on Dismissal

Jesus Ivan Balle filed a civil rights complaint as a pauper in case H-08-cv-2092. 42 U.S.C. § 1983; 28 U.S.C. § 1915. The clerk opened this second case in which Balle sues the same defendant and raises the same claims that he raised in H-08-cv-2092. This second case appears to be a copy of the first case.

This case is dismissed as improvidently filed.

Signed July 16, 2008, at Houston, Texas.

                              Lynn N. Hughes   USDJ
                           United States District Judge